```
                                          FILED
                                          January 10, 2012
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                          CALIFORNIA

                                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,              )<br>v.                                 )<br>                                   )<br>NICHOLAS VOTAW,                    )<br>            Defendant.             )<br>                                   ) | Case No. 2:11-cr-00514-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NICHOLAS VOTAW, Case No. 2:11-cr-00514-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $50,000.00.

    __X__ Unsecured Appearance Bond

    _____ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    _____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/10/2012 at 2:45 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge