DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:    (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
NICHOLAS VOTAW

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>NICHOLAS VOTAW,<br><br>                    Defendant. | CR.S.  No.  2:11-CR-00514 TLN<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE CONDITIONS #12 (DRUG TESTING)** |

     On January 10, 2012, Mr. Votaw voluntarily appeared in Court after learning that a warrant was issued for his arrest.  He was released the same day on conditions of release and is supervised by the Pretrial Services Agency.  Mr. Votaw requests that Special Conditions of Release number 12 (drug testing) be removed.

     Pretrial Services Officer Taifa Gaskins confirmed that Mr. Votaw has been supervision for a long time, he has done fine with drug and alcohol testing, and she is fine with removing the drug and alcohol testing condition at this time, so long as the AUSA assigned to this case, Lee Bickley, is not opposed.  AUSA Lee Bickley is not opposed to

this request.  Accordingly, the parties request that the Court accept this stipulation and remove special condition number 12.

Respectfully submitted,

Dated:  March 13, 2014                         /s/ David D. Fischer
                                                            DAVID D. FISCHER
                                                            Attorney for Defendant
                                                            NICHOLAS VOTAW

Dated:  March 13, 2014                         /s/ David D. Fischer for
                                                            LEE BICKLEY
                                                            Assistant United States Attorney
                                                            Counsel for Plaintiff

**IT IS SO ORDERED**

Dated:  March 13, 2014

                                                            DALE A. DROZD
                                                            UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Votaw0514.stipo.modify.cor