1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:11-CR-00514-TLN
12 |                      Plaintiff,         | STIPULATION AND ORDER REGARDING
   |                                         | BRIEFING SCHEDULE ON DEFENDANT'S
13 |             v.                          | MOTION FOR REDUCTION IN SENTENCE AND
   |                                         | COMPASSIONATE RELEASE
14 | NICHOLAS VOTAW,
15 |                      Defendant.

16

17                              **STIPULATION**

18     1.   Defendant Nicholas Votaw filed a motion for reduction in sentence and compassionate

19 release on June 17, 2020. Docket No. 498. Pursuant to local rule, the government's response is due by

20 June 24, 2020, and any reply due June 26, 2020.

2. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 498, be due on July 2, 2020; and

    b) The defense reply, if any, will be due on July 8, 2020.

    c) Counsel for the defendant does not oppose this request.

IT IS SO STIPULATED.

                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated:  June 24, 2020

                                            */s/ Heiko P. Coppola*
                                            HEIKO P. COPPOLA
                                            Assistant United States Attorney

Dated:  June 24, 2020                              /s/ *David Fischer*
                                            DAVID FISCHER
                                            Counsel for Defendant Nicholas Votaw

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, Docket No. 498, is due on July 2, 2020;

    b) The defense reply, if any, will be due on July 8, 2020.

IT IS SO ORDERED.

DATED: June 24, 2020

Troy L. Nunley
United States District Judge