McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00514-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| NICHOLAS VOTAW, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 23, 2020. Docket No. 516. Pursuant to Local Rule, the government's response is due on October 30, 2020, with any reply from the defendant due on November 2, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before November 12, 2020;

b) The defendant's reply to the government's response to be filed on or before November 19, 2020.

IT IS SO STIPULATED.

Dated: October 29, 2020	McGREGOR W. SCOTT
	United States Attorney

	/s/ HEIKO P. COPPOLA
	HEIKO P. COPPOLA
	Assistant United States Attorney

Dated: October 29, 2020	/s/ DAVID FISCHER
	DAVID FISCHER
	Counsel for Defendant
	NICHOLAS VOTAW

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 516 is due on or before November 12, 2020;

b) The defendant's reply to the government's response, if any, is due on November 19, 2020.

IT IS SO FOUND AND ORDERED this 30th day of October, 2020.

	Troy L. Nunley
	United States District Judge

STIPULATION RE BRIEFING SCHEDULE	2